**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fred A. LOTFIAN, Defendant–Appellant.**

No. 02–1019.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Fred A. Lotfian, Appellant Pro Se. Lynne Ann Battaglia, Tamera Lynn Fine, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Fred A. Lotfian appeals from the district court's order entering judgment in favor of the United States in its action to recover amounts due on a promissory note executed in connection with a student loan. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Lotfian*, No. CA–00–1835–PJM (D. Md. filed Dec. 7, 2001 & entered Dec. 10, 2001). We deny as moot the Government's motion to require Lotfian to serve his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*